**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Ifeolumipo O. Sofola M.D. v. Aetna Health, Inc. and Aetna Life
                          Insurance Company

Appellate case number:   01-15-00387-CV

Trial court case number:  2013-76814

Trial court:              152nd District Court of Harris County

     The Court **REQUESTS** a response to Appellant Sofola's Emergency Motion for Stay of Trial Court Proceedings Pending Interlocutory Appeal.  The response, if any, is due within 14 days of the date of this order.

     It is so ORDERED.


Judge's signature: __/s/_ Harvey Brown
                   X  Acting individually      ☐  Acting for the Court


Date:  April 30, 2015